No. 03–10452. ROUNDS *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10454. DAVIS *v.* MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10456. BAKER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10457. CARTER *v.* COLLINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–10458. GAVALDON *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10459. HANIBLE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03–10461. FUENTES *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10464. CAMARGO FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10465. FELLA *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10466. GRAYS *v.* RAMIREZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10468. WILLIAMS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–10470. MOORE *v.* HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–10471. EDMONDS *v.* WASHINGTON, WARDEN. C. A. 4th Cir. Certiorari denied.